**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAUREN UPDIKE, Administrator of The Estate of Gary Updike,<br><br>Plaintiff,<br><br>v.<br><br>MOUNT CARMEL BOROUGH,<br>DAVID DONKOCHIK,<br>JONATHAN MCHUGH,<br>KYLE SCHAUER,<br>EVAN FREILER, and<br>JOHN DOE,<br><br>Defendants. | No. 4:26-CV-00468<br><br>(Chief Judge Brann) |

**ORDER**

**NOVEMBER 6, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss, Docs. 8, 14, 23, and 25, are **DENIED.**

2. Defendants shall file answers to the complaint within twenty-one (21) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge